NICOLA T. HANNA
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
VIBHAV MITTAL (Cal. Bar No. 257874)
BRADLEY E. MARRETT (Cal. Bar No. 288079)
Assistant United States Attorneys
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California 92701
     Telephone:     (714) 338-3534/3505
     Facsimile:     (714) 338-3708
     E-mail:  vibhav.mittal@usdoj.gov
              bradley.marrett@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 16-36-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | |
| NIKISHNA POLEQUAPTEWA, | Trial Date: June 19, 2018<br>Trial Time: 8:30 a.m. |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California hereby submits the attached list of exhibits.

The government does not intend to introduce certain exhibits, including declarations and reports of investigation, but has them available to refresh its witnesses' recollection if necessary. Certain exhibit numbers have been intentionally left blank.

1

The government reserves the right to modify this list, including removing or adding exhibits before and throughout the trial. The government intends to use demonstrative aids and summary charts which are currently being prepared. The government will produce such items and file a revised exhibit list with any modifications.

Dated: June 4, 2018  Respectfully submitted,

NICOLA T. HANNA
United States Attorney

DENNISE WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office


 /s/
VIBHAV MITTAL
BRADLEY E. MARRETT
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**United States v. Polequaptewa,**
Case No. SA CR 16-36-CJC, Trial Date: June 19, 2018

**Letters, Emails, and Interview Reports**

| No. | Description of Exhibit | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| 1. | Defendant's March 3, 2014, Termination Letter from UCI | | | |
| 2. | Defendant's March 14, 2014, Email to Jaime Fullmer | | | |
| 3. | Defendant's Redacted Resume | | | |
| 4. | Defendant's Unredacted Resume | | | |
| 5. | Defendant's April 10, 2014, NDA | | | |
| 6. | Defendant's April 16, 2014, Employment Agreement | | | |
| 7. | January 21, 2015, Letter to Defendant's Wife | | | |
| 8. | January 21, 2015, Letter to Defendant | | | |
| 9. | March 13, 2015 Proffer Letter | | | |
| 10. | March 13, 2015 FD-302 | | | |

<u>**United States v. Polequaptewa,**</u>
**Case No. SA CR 16-36-CJC, Trial Date: June 19, 2018**

**Letters, Emails, and Interview Reports (continued)**

| No. | Description of Exhibit | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| 11. | September 10, 2015 FD-302 | | | |
| 12. | Defendant's December 15, 2014, Email to SA Munoz | | | |
| 13. | Defendant's August 20, 2014, Self-Appraisal Form | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |

<u>United States v. Polequaptewa,</u>
Case No. SA CR 16-36-CJC, Trial Date: June 19, 2018

**Records Related to MacBook Pro**

| No. | Description of Exhibit | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| 19. | June 19, 2012, Receipt for Purchase of MacBook Air | | | |
| 20. | July 9, 2012, Receipt for Purchase of MacBook Pro | | | |
| 21. | Comcast Subscriber Information for IP Address 50.205.50.98 | | | |
| 22. | Apple Subscriber Information for Defendant | | | |
| 23. | Apple Record Showing Defendant's Initiation of Wipe Commands | | | |
| 24. | Apple Record – GCRM | | | |
| 25. | Apple Record – iTunes Subscriber | | | |
| 26. | Apple Record – iTunes Update | | | |
| 27. | Apple Record – iDMS Signons | | | |
| 28. | Apple Record – My Apple ID and iForgot | | | |
| 29. | Apple Record – Account Key | | | |
| 30. | Mac Pro Receipts from Blue Stone | | | |

**United States v. Polequaptewa,**
Case No. SA CR 16-36-CJC, Trial Date: June 19, 2018

**Records Related to MacBook Pro (continued)**

| No. | Description of Exhibit | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| 31. | Firefox Log Files Showing Use of Google Account and Amy Watson's Account | | | |
| 32. | Recent Items PLIST File Showing Access of Synology Server | | | |
| 33. | Safari PLIST File Showing Defendant's Web Searches | | | |
| 34. | Safari Services PLIST File Showing Defendant's Web Use | | | |
| 35. | Email from Defendant Re: JGoodman's Synology Login Information | | | |
| 36. | Email from Yacobi to Defendant Re: Email login questions | | | |
| 37. | System Log File Showing Synology Server Access | | | |
| 38. | SessionStore.JS File Showing Synology Server Access | | | |
| 39. | Chrome Login Data-journal File | | | |
| 40. | Email to Defendant Re: MailChimp List Export Complete | | | |

4

<u>**United States v. Polequaptewa**</u>,
Case No. SA CR 16-36-CJC, Trial Date: June 19, 2018

**Records Related to MacBook Pro (continued)**

| No. | Description of Exhibit | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| 41. | Safari Cache Showing Deletion of RMooers From WordPress | | | |
| 42. | Safari Cache Showing Deletions of 11 Users from WordPress | | | |
| 43. | Safari Cache Showing Deletions of 12 Users from WordPress | | | |
| 44. | Safari Cache Showing Login to Bluehost | | | |
| 45. | Downloaded Zip File with Website Contents | | | |
| 46. | Trashed Item – Zip File | | | |
| 47. | November 17, 2014, Email to Defendant from Christopher Irwin Re: Blue Stone email account | | | |
| 48. | November 18, 2014, Email from Amy Watson to Defendant Re: Blue Stone email account | | | |
| 49. | November 18, 2014, Email from Defendant to Amy Watson and John Mooers Re: CRM | | | |
| 50. | November 18, 2014, Email from Defendant to Amy Watson and John Mooers Re: Google Apps Admin | | | |

**United States v. Polequaptewa,**
Case No. SA CR 16-36-CJC, Trial Date: June 19, 2018

**Records Related to MacBook Pro (continued)**

| No. | Description of Exhibit | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| 51. | November 18, 2014, Email from Defendant to Amy Watson Re: Google Apps Admin | | | |
| 52. | November 14, 2014, Email from Cox Business to Defendant Re: Reset Cox "My Account" Password | | | |
| 53. | Chain of Custody Records for MacBook Pro | | | |
| 54. | Summary Chart Re: Time Conversions and Last Accessed | | | |
| 55. | MailChimp Record Re: Name and Address | | | |
| 56. | MailChimp Record Re: Payment Details | | | |
| 57. | MailChimp Log Files Showing November 2014 | | | |
| 58. | MailChimp Record Showing Account Activity | | | |
| 59. | MailChimp Log Files Showing Exports on November 17, 2014 | | | |
| 60. | MailChimp Log Files Showing Deletions on November 18, 2014 | | | |

**United States v. Polequaptewa,**
Case No. SA CR 16-36-CJC, Trial Date: June 19, 2018

**Records Related to Google, Verizon, and IP Addresses**

| No. | Description of Exhibit | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| 61. | Defendant's Google Logins | | | |
| 62. | Verizon Records Showing Defendant's Phone's Use | | | |
| 63. | Central Ops Record for IP Address 198.72.7.23 | | | |
| 64. | ARIN Record for IP Address 198.72.7.23 | | | |
| 65. | | | | |

7

**United States v. Polequaptewa,**
Case No. SA CR 16-36-CJC, Trial Date: June 19, 2018

**Blue Stone Provided Records**

| No. | Description of Exhibit | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| 66. | Excerpt of Video Taken on November 19, 2014, of Defendant Admitting to Deleting Blue Stone's Files | | | |
| 66A. | Transcript of Excerpt of Video Taken on November 19, 2014, of Defendant Admitting to Deleting Blue Stone's Files | | | |
| 67. | Security Breach Report | | | |
| 68. | Defendant Deleted 111 Files from Google Account | | | |
| 69. | Defendant's Logins to Google Account | | | |
| 70. | Defendant's Locations When Accessing Google Account | | | |
| 71. | Log Showing Defendant Accessing Server from Florida | | | |
| 72. | Log Showing Bill Moon Folder | | | |
| 73. | Log Showing Bill Moon Folder Being Accessed from Florida | | | |
| 74. | Log Showing Accesses After Defendant's Password Changed | | | |
| 75. | GeoMapLookup for IP Address 198.72.7.73 | | | |

**United States v. Polequaptewa,**
**Case No. SA CR 16-36-CJC, Trial Date: June 19, 2018**

**Blue Stone Provided Records (continued)**

| No. | Description of Exhibit | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| 76. | Defendant's Recycle Folder | | | |
| 77. | MailChimp Bills | | | |
| 78. | Mountain View Media Bills | | | |
| 79. | Runner Boys Bills | | | |
| 80. | Whole Product Marketing Bills | | | |
| 81. | Conference-Related Bills | | | |
| 82. | Locksmith Bill | | | |
| 83. | Defendant's Form W-2 | | | |
| 84. | Personnel Expenses | | | |
| 85. | EBlasts | | | |
| 86. | Revenue Breakdown by Year | | | |
| 87. | Items Deleted by Defendant from Google Drive | | | |
| 88. | Summary Chart of Bluehost Data | | | |

9

**United States v. Polequaptewa,**
**Case No. SA CR 16-36-CJC, Trial Date: June 19, 2018**

**MacPro Related Records**

| No. | Description of Exhibit | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| 89. | Chain of Custody Records Related to MacPro | | | |
| 90. | TFO Mikel's Analysis of Blue Stone's MacPro | | | |
| 91. | Photos of MacPro | | | |
| 92. | | | | |
| 93. | | | | |
| 94. | | | | |
| 95. | | | | |

10